USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ANTOINE BLOUNT,

                Defendant.

No. 12-cr-670 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    On December 4, 2019, Judge Kollar-Kotelly of the United States District Court for the District of Columbia sentenced Supervisee principally to a term of three years' probation for crimes relating to his unlawful entry onto White House grounds in June 2019. 19-cr-213 (CKK) (D.D.C. Dec. 4, 2019), ECF No. 41. On January 9, 2020, Judge Kollar-Kotelly transferred jurisdiction over Supervisee's term of probation to the Southern District of New York and the case was duly assigned to Judge Swain. 20-cr-20 (LTS) (S.D.N.Y. Jan. 9, 2020), ECF Nos. 1–3.

    Having consulted with the Probation Officer and counsel, and in light of Supervisee's present compliance with the conditions of his supervised release in this case, and the Court's interest in consolidating supervision of Supervisee into one case in this district, IT IS HEREBY ORDERED THAT all open specifications in this matter are dismissed and Supervisee's term of supervision, currently scheduled to expire on April 6, 2020, is terminated. Any further compliance matters relating to Supervisee shall therefore proceed through Case No. 20-cr-20 (LTS).

SO ORDERED.

Dated:    January 14, 2020
              New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE
                                              Sitting By Designation